UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OMAIRA GARCIA,

    Plaintiff,

v.                                      Case No. 8:07-cv-1267-T-24TGW

WE CARE PEDIATRICS CC, P.A. a
Florida corporation f/k/a WE CARE
PEDIATRICS, P.A. and PETER A. KOSOFF,

    Defendants.
_____/

**ORDER**

This cause comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (Doc. No. 9), in which the parties request the Court approve the joint stipulation and dismiss the instant case with prejudice. Before the Court can do so, Plaintiff must submit the settlement agreement and file a motion to approve the settlement. See Lynn's Food Stores, Inc. v. U.S. by and through U.S. Department of Labor, 679 F.2d 1350 (11th Cir. 1982). As such, Plaintiff is directed to file the settlement agreement and a motion to approve the settlement by January 17, 2008.

Accordingly, it is **ORDERED AND ADJUDGED** that the Court declines to approve of the parties' joint stipulation and dismiss the instant case with prejudice at this time.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of January, 2008.

Copies to: Counsel of Record

SUSAN C. BUCKLEW
United States District Judge